# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 21, 2020

Lyle W. Cayce
Clerk

No. 20-30156
Summary Calendar

Donald Ray Magee, Jr.,

*Plaintiff—Appellant*,

*versus*

James LeBlanc; Robert C. Tanner; Harold Harrell;
Johnny Johnson,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-13149

Before Jolly, Elrod, and Graves, *Circuit Judges*.

Per Curiam:*

Appellant Donald Magee appeals the district court's order remanding this case to state court. Because we lack appellate jurisdiction to review the

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-30156

district court's remand order under 28 U.S.C. § 1447, *Shoemaker v. Shoemaker*, 379 F. App'x 332, 333 (5th Cir. 2010), we DISMISS the appeal.